No. 75.   MOFFETT, EXECUTRIX, v. COMMERCE TRUST Co. ET AL., 342 U. S. 818.   Motion for leave to file a second petition for rehearing denied.

No. 542.   CREAMETTE COMPANY v. CONLIN ET AL., 342 U. S. 945.   Motion for leave to file petition for rehearing denied.

No. 30, Misc.   ASPERO v. MEMPHIS AND SHELBY COUNTY BAR ASSN., 342 U. S. 836.   Motion for leave to file a second petition for rehearing denied.